IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil No. |
| **Thirty-One (31) Firearms and Assorted Ammunition,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

: : : : : :

## VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, the UNITED STATES OF AMERICA, by its attorneys, Rod Rosenstein, United States Attorney for the District of Maryland, and Stefan D. Cassella, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure and alleges as follows:

## NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America an assortment of thirty-one (31) firearms and assorted ammunition (hereinafter, the "Defendant Property") involved in a knowing violation of 18 U.S.C. § 922(g)(1), and thereby forfeitable pursuant to 18 U.S.C. § 924(d)(1).

## THE DEFENDANT *IN REM*

2. The Defendant Property is an assortment of ammunition and thirty-one (31) firearms consisting of the following:

   1) one unknown make luger model 9mm caliber semiautomatic pistol, with serial number 39185, with one magazine bearing the number 3563;

2) one Erfurt luger model 9mm caliber semiautomatic pistol, with serial number 3853 or 8789, with one magazine bearing the number 813;

3) one Smith & Wesson 659 model 9mm caliber semiautomatic pistol, with serial number TBP4768, with two magazines containing a total of eighteen rounds of ammunition;

4) one Davis Industries P32 model 32 auto caliber semiautomatic pistol, with serial number P071459, with one magazine and a black nylon holster;

5) one Keltec P11 model 9mm caliber semiautomatic pistol, with serial number 32561, with one magazine containing a total of nine rounds of ammunition;

6) one Liliput "modell 1" 6.35 mm caliber semiautomatic pistol, with serial number 42159, with one magazine and a brown leather holster;

7) one Erma ET22 model 22LR caliber semiautomatic pistol, with serial number 56261, with one magazine;

8) one unknown make Defender model revolver, with no visible caliber markings and no visible serial number;

9) one unknown make Conqueror model revolver, with no visible caliber markings and no visible serial number;

10) one Atna revolver, with no visible model or caliber markings and no visible serial number;

11) one revolver, with no visible make, no visible model or caliber markings, and with serial number 666 or 999;

12) one Wesson & Harrington revolver, with no visible model or caliber markings, and with serial number 1148;

13) one Browning XS model 12 gauge double barrel shotgun, with serial number 03574MX131;

14) one Wilmont Gun Co. Royal Damascus model double barrel shotgun, with no visible caliber markings and with serial number 42;

15) one Winchester 97 model 12 gauge pump shotgun, with serial number E875899;

16) one Western Auto Revelation model 16 gauge pump shotgun, with serial number G303597;

17) one Browning Gold Hunter model 12 gauge semiautomatic shotgun, with serial number 113MM44619;

18) one Browning Invector BPS model 12 gauge pump shotgun, with serial number 10291PR152;

19) one Hanover Arms Co. double barrel shotgun with exposed hammers, with no visible model or caliber markings, and with serial number 183 or 890;

20) one Springfield Arms Co. single-shot shotgun, with no visible model or caliber markings, and with serial number 55206;

21) one Western Arms Co. single-shot shotgun, with no visible model or caliber markings, and with serial number 40265;

22) one Browning 42 model .410 gauge pump shotgun, with serial number 03066NZ882;

23) one Browning Eurobolt .30-06 caliber bolt-action rifle, with serial number 60753MX351;

24) one Savage 29 model 22 S/L/LR caliber pump rifle, with serial number 3122;

25) one Winchester 90 model 22 short caliber pump rifle, with serial number 794271;

26) one Interarms ROSSI 62SA model 22 S/L/LR caliber pump rifle, with serial number G171684;

27) one Springfield Savage Arms 187 model 22LR caliber semiautomatic rifle, with serial number C620253;

28) one Browning Medallion model .270 caliber bolt-action rifle, with serial number 26050MV351;

29) one Remington 24 model 22LR caliber semiautomatic rifle, with serial number 61949;

30) one Winchester 1892 model 38 WCF caliber lever-action rifle, with serial number 369717;

31) one Winchester 1892 model 32 WCF caliber lever-action rifle, with serial number 445176.

The Defendant Property was seized from Raymond Thompkins on September 24, 2013, and subsequently was placed in the custody of the Department of Health and Human Services Office of the Inspector General in the District of Maryland where it remains.

## JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 18 U.S.C. § 924(d).

4. This court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. § 1395 because the property is located in this district.

## BASIS FOR FORFEITURE

6. The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) as firearms and ammunition involved or used in any knowing violation of 18 U.S.C. § 922(g)(1).

## FACTS

7. The forfeiture is based upon, but not limited to, the evidence outlined in the attached Declaration of Christopher Brian Steinbauer, Special Agent of the Department of Health and Human Services Office of the Inspector General, which is incorporated herein by reference.

4

## CLAIM FOR RELIEF

8.      Pursuant to 18 U.S.C. § 922(g)(1), "It shall be unlawful for any person ... who has been convicted in any court of ... a crime punishable by imprisonment for a term exceeding one year ... to ... possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce." Pursuant to 18 U.S.C. § 924(d)(1), any firearm and ammunition involved or used in any knowing violation of 18 U.S.C. § 922(g)(1) shall be subject to seizure and forfeiture.

9.      By reason of the facts set forth and incorporated herein, the Defendant Property is properly condemned as forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1).

**WHEREFORE**, plaintiff, the United States of America, requests that the Court issue a warrant and summons for the arrest and seizure of the Defendant Property; that notice of this action be given to all persons known or thought to have an interest in or right against the Defendant Property; that the Defendant Property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and that the Court award the plaintiff such other and further relief as this Court deems proper and just.

Date: August 21, 2014

                                              Respectfully submitted,

                                              Rod J. Rosenstein
                                              UNITED STATES ATTORNEY
                                              District of Maryland

_____
Stefan D. Cassella
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Tel: (410) 209-4800

## DECLARATION OF SPECIAL AGENT CHRISTOPHER STEINBAUER

I, Christopher Brian Steinbauer, hereby affirm and declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a Special Agent with the United States Department of Health and Human Services Office of Inspector General (DHHS-OIG) having been duly appointed in November 2007 and, as such, am a Federal Law Enforcement Officer within the meaning of Rule 41(a) of the Federal Rules of Criminal Procedure. I am currently assigned to the Washington DC Field Office. From October 1998 through November 2007, I served as a uniformed Police Officer for the United States Department of Treasury, U.S. Mint Police and Bureau of Engraving & Printing Police respectively. Overall, I have served as a Federal Law Enforcement Officer for approximately sixteen (16) years. I am a graduate of both the thirteen (13) week Mixed Basic Police Training Program (MBPTP) and the eleven (11) week Criminal Investigator Training program (CITP) at the Federal Law Enforcement Training Center located in Brunswick, Georgia. Through both of these training programs I have received training to; investigate criminal activity, write accurate reports, provide testimony, collect evidence and perform other basic Law Enforcement duties. I have also attended a five (5) week Special Agent Basic Training Program (SABTP) hosted by DHHS-OIG that taught specific skills relating to the investigation of Health Care Fraud. I have authored multiple arrest and search/seizure warrants relating to white collar crime matters, with an emphasis on Health Care fraud. I hold a dual bachelor's degree (B.S.) in Justice Studies and Political Science from Frostburg State University as well as a master's degree (M.A.) in Criminal Justice with a concentration in Computer Fraud Investigation from The George Washington University.

1

2.         I am presently assisting the Office of the U.S. Attorney for the District of Maryland, DHHS OIG, and other law enforcement agencies regarding the seizure of firearms from Raymond Thompkins.

3.         The seizure of those firearms resulted from the investigation and prosecution of Raymond Thompkins's wife, Ardeth Thompkins, for fraud in relation to her receipt of Social Security Administration Title XVI disability benefits, as well as Maryland Medicaid benefits. Ardeth Thompkins was prosecuted in federal criminal case number RDB-13-0501 for her role in that fraud scheme, and was sentenced in February 2014 to a term of probation.

4.         On September 24, 2013, I arrested Ardeth Thompkins at her residence in East New Market, Maryland, in participation with other law enforcement agents.

5.         During an interview incident to arrest, Ardeth Thompkins stated that Raymond Thompkins possessed numerous firearms and stored them at their residence.

6.         I further learned from Ardeth Thompkins and a National Criminal Information Center check that Raymond Thompkins is a convicted felon, and has a federal felony conviction for food stamp fraud in 1979, in District of Maryland case number 79-CR-0271. Accordingly, Raymond Thompkins is not permitted to possess a firearm.

7.         Later on September 24, 2013, I retrieved three shotguns from the Thompkins' residence located inside a gun safe. Raymond Thompkins admitted to owning the shotguns.

8.         When asked about other firearms in his possession, Raymond Thompkins initially denied possessing any other firearms, but later admitted that upon his wife's arrest he had moved a large number of firearms (including numerous handguns) across the street into a rental property he owns with his wife.

9.	I then went across the street to the rental property and spoke with a tenant (Mike Woodland) and his wife. Woodland showed me a closet inside the rental property where Woodland had placed twenty-eight (28) firearms earlier that day at Raymond Thompkins's request. Woodland confirmed that all of these firearms belong to Raymond Thompkins.

10.	All thirty-one (31) firearms were seized by DHHS OIG (see attachment) that day and have remained in the custody of DHHS OIG since that time.

11.	During the course of my investigation, neither I nor other law enforcement agents involved in the investigation identified anyone other than Raymond Thompkins as the owner of the seized firearms.

August 21, 2014

Christopher Brian Steinbauer
Special Agent, DHHS OIG

**Attachment to Declaration**

**Inventory of Firearms Seized From:**
**Raymond Thompkins**

| COUNT | TYPE | ACTION | MAKE | MODEL | SERIAL # | FINISH | CALIBER | Comments |
|---|---|---|---|---|---|---|---|---|
| 1 | Pistol | Semi Auto | None Visible | Luger | 39185 | Blue | 9mm | Firearm was surrendered with one (1) magazine bearing the number 3563 |
| 2 | Pistol | Semi Auto | ERFURT | Luger | 3853 or 8789 | Blue | 9mm | Firearm was surrendered with one (1) magazine bearing the number 813 |
| 3 | Pistol | Semi Auto | Smith & Wesson | 659 | TBP4768 | Stainless | 9mm | Firearm was surrendered with a factory box labeled with a matching serial number and two (2) magazines containing a total of eighteen (18) rounds of 9mm ammunition |
| 4 | Pistol | Semi Auto | Davis Industries | P-32 | P071459 | Stainless | 32 Auto | Firearm was surrendered with one (1) magazine and a small black nylon/velcro holster |
| 5 | Pistol | Semi Auto | KELTEC | P11 | 32561 | Blue | 9mm | Firearm was surrendered with a factory box labeled with a matching serial number and one (1) magazine containing a total of nine (9) rounds of 9mm ammunition |
| 6 | Pistol | Semi Auto | LILIPUT | Modell 1 | 42159 | Blue | 6.35mm | Firearm was surrendered with one (1) magazine and a small brown leather holster |
| 7 | Pistol | Semi Auto | ERMA | ET22 | 56261 | Blue | 22LR | Firearm was surrendered with one (1) magazine |
| 8 | Pistol | Revolver | No visible make | DEFENDER | No visible serial number | Stainless | No visible caliber markings | Further described as a small frame revolver with wooden grips and a button trigger. The word "Defender" is located on the top strap of the revolver |
| 9 | Pistol | Revolver | No visible make | Conqueror | No visible serial number | Stainless | No visible caliber markings | Further described as a small frame revolver with wooden grips and button trigger bearing a partial number "87". The barrel is labeled "PAT DEC.10.78" and the word "CONQUEROR" is located on the top strap of the revolver |
| 10 | Pistol | Revolver | ATNA | No visible model markings | No visible serial number | Stainless | No visible caliber markings | Further described as a small frame revolver with a button trigger and black plastic grips. The word "ATNA" is located on the top strap of the revolver. |
| 11 | Pistol | Revolver | No visible make | No visible model markings | 666 or 999 | Stainless | No visible caliber markings | Further described as a small frame revolver with a folding trigger, wooden grips and the number "666" or "999" in three locations on the firearm |
| 12 | Pistol | Revolver | Wesson & Harrington | No visible model markings | 1148 | Stainless | No visible caliber markings | Further described as a small frame revolver with wooden grips and a button trigger |
| 13 | Shotgun | Double Barrel | Browning | XS | 03574MX131 | Blue | 12g | |
| 14 | Shotgun | Double Barrel w/ exposed hammers | Wilmont Gun Co. | Royal Damascus | 42 | Blue | No visible caliber markings | |
| 15 | Shotgun | Pump | Winchester | 97 | E875899 | Blue | 12g | |
| 16 | Shotgun | Pump | Western Auto | Revelation | G303597 | Blue | 16g | |
| 17 | Shotgun | Semi Auto | Browning | Gold Hunter | 113MM44619 | Blue | 12g | |
| 18 | Shotgun | Pump | Browning | Invector BPS | 10291PR152 | Blue | 12g | |

Prepared By: SA Christopher Steinbauer
DHHS OIG

**Inventory of Firearms Seized From:**
**Raymond Thompkins**

| COUNT | TYPE | ACTION | MAKE | MODEL | SERIAL # | FINISH | CALIBER | Comments |
|---|---|---|---|---|---|---|---|---|
| 19 | Shotgun | Double Barrel w/ exposed hammers | Hanover Arms Co. | No visible model markings | 183 or 890 | Blue | No visible caliber markings | |
| 20 | Shotgun | Single Shot | Springfield Arms Co. | No visible model markings | 55206 | Blue | No visible caliber markings | |
| 21 | Shotgun | Single Shot | Western Arms Co. | No visible model markings | 40265 | Blue | No visible caliber markings | |
| 22 | Shotgun | Pump | Browning | 42 | 03066NZ882 | Blue | .410g | Firearm was surrendered with a factory box containing matching serial number |
| 23 | Rifle | Bolt | Browning | Eurobolt | 60753MX351 | Blue | 30-06 | Firearm surrendered w/ BSA 4x16 black scope with covers, a Red Head leather sling and black plastic plastic rifle case |
| 24 | Rifle | Pump | Savage | 29 | 3122 | Blue | 22 S/L/LR | |
| 25 | Rifle | Pump | Winchester | 90 | 794271 | Blue | 22 Short | |
| 26 | Rifle | Pump | Interarms ROSSI | 62SA | G171684 | Stainless | 22 S/L/LR | |
| 27 | Rifle | Semi Auto | Springfield Savage Arms | 187 | C620253 | Blue | 22LR | |
| 28 | Rifle | Bolt | Browning | Medallion | 26050MV351 | Blue | 270 | Firearm surrendered w/ Leupold 2x7 black scope with neoprene cover, a leather sling and silver rifle case |
| 29 | Rifle | Semi Auto | Remington | 24 | 61949 | Blue | 22LR | |
| 30 | Rifle | Lever | Winchester | 1892 | 369717 | Blue | 38 WCF | |
| 31 | Rifle | Lever | Winchester | 1892 | 445176 | Blue | 32 WCF | |

Digitally signed by Christopher B. Steinbauer -S
DN: c=US, o=U.S. Government, ou=HHS, ou=OS, ou=People, 0.9.2342.19200300.100.1.1=2000118261, cn=Christopher B. Steinbauer -S
Date: 2014.08.21 15:04:14 -04'00'

**Prepared By: SA Christopher Steinbauer**
**DHHS OIG**

2/2

## **VERIFICATION**

I, John J. Truex Chung, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture is based on reports and information furnished to me by the Department of Health and Human Services Office of the Inspector General, and that everything contained therein is true and correct to the best of my knowledge and belief.

Dated: 8/21/2014

John J. Truex Chung
Contract Attorney
Forfeiture Support Associates, LLC

**MEMORANDUM**

| | |
|---|---|
| DATE: | August 22, 2014 |
| TO: | Kristine Cupp<br>U.S. Marshal Service<br><br>SA Christopher B. Steinbauer<br>DHHS-OIG |
| FROM: | Matthew Miller<br>Paralegal Specialist<br>U.S. Attorney's Office - District of Maryland |
| RE: | **U.S. v. Thirty One (31) Firearms and Assorted Ammunition**<br><br>**Civil Action No.**<br><br>**CATS ID No.:**<br>**Agency Case No. – 3-13-0-0092-9** |

  The United States has filed a forfeiture action against **Thirty One (31) Firearms and Assorted Ammunition.** A copy of the Complaint for Forfeiture is attached.

  Notice of this seizure will be published at www.forfeiture.gov pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

  Thank you.


Attachment

1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Thirty One (31) Firearms and Assorted Ammunition | Verified Complaint in Rem |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Agency No.: 3-13-0-0092-9 / Asset ID No.:
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Naquita Ervin, Paralegal Specialist
U.S. Attorney's Office
36 S. Charles St. 4th Floor
Baltimore, Maryland 21201

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Arrest Property. Fill in the date of this arrest in this process receipt and return our copy.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 410-209-4800
DATE: 8/8/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date    Time   [ ] am  [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13